**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      The State of Texas v. Robert Michael Gault

Appellate case number:   01-22-00157-CR

Trial court case number:  1758852

Trial court:                    339th District Court of Harris County

The State of Texas is appealing from the trial court's orders granting the defendant's pretrial motion to require the State to return evidence, namely a cell phone, in the possession of the State. The State claims that the trial court's orders effectively suppress evidence for which a search warrant has allegedly issued to examine the cell phone's contents. The State filed its notice of appeal on March 1, 2022. *See* TEX. CODE CRIM. PROC. art.44.01(a)(5).

The State has filed an emergency motion asking this Court to stay the trial court's orders and all trial court proceedings. We **grant** the motion. The trial court's orders signed on February 21, 2022 and March 1, 2022, and all trial court proceedings are stayed pending disposition of this appeal. *See* TEX. CODE CRIM. PROC. art.44.01(e).

The Court will consider any arguments raised by appellee concerning the issuance of this stay if appellee files a response **within 5 days**.

It is so ORDERED.

Judge's signature: /s/ Richard Hightower
                          X  Acting individually      ☐  Acting for the Court

Date: March 2, 2022